**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In the Matter of the Extradition of: | ) | Misc. No. 09-mj-146-TLW |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| **JOHN EDWARD BUTLER** | ) | |

## OPINION AND ORDER

The Ex Parte Application to Seal Complaint; Declaration of Kenneth P. Snoke [Dkt. 7] is before the Court for decision.

The Ex Parte Application to Seal Complaint; Declaration of Kenneth P. Snoke [Dkt. 7] is GRANTED IN PART.

The Complaint [Dkt. 1] shall remain under seal because it contains personal identifying information of the alleged minor victims and witnesses. A redacted copy of the Complaint which removes the names and other identifying information of the alleged minor victims and witnesses shall be filed by the United States.

All other filings in the case are hereby unsealed.

SO ORDERED this 23rd day of December, 2009.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE